# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1705
L.T. Case No. 05-2022-CA-052449

_____

J. PATRICK SCHIRARD, as Trustee
of the J. PATRICK SCHIRARD
PREMARITAL ASSETS REVOCABLE
LIVING TRUST, DATED JUNE 15,
2001,

    Appellant,

    v.

BREVARD COUNTY, FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
George Thomas Paulk, II, Judge.

W. Nathanael Meloon and Scott Widerman, of Widerman Malek
P.L., Melbourne, for Appellant.

Dale A. Scott, of Tessitore Mari Scott, PLLC, Lake Mary, for
Appellee.

August 4, 2026

PER CURIAM.

    AFFIRMED.

BOATWRIGHT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____